# United States Bankruptcy Court
# Central District Of California

| | |
|---|---|
| In re:<br>Edward Perez<br>Norma Perez | CHAPTER NO : 7 |
| | CASE NUMBER: 2:11-bk-15488-EC    **FILED** |
| | DATE OF FILING: February 8, 2011 |

**MAR - 2 2011**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

## CASE INITIATION ACTION NOTICE

**To:** Honorable Ellen Carroll
**From:** Kim Collins   **Ext:** 6070   **Date:** March 1, 2011

**ENTERED**

**MAR -3 2011**

CLERK U S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY-                    Deputy Clerk

The attached document is being forwarded to you for your immediate attention due to the following:

☐ Involuntary Petition

☐ Non–individual debtor not represented by attorney

☐ Chapter 11 filing by debtor not represented by attorney

☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)

☐ Hearing date within three (3) days from filing date

☐ Amendment to debtor's and/or co-debtor's Social Security Number (attach copy of originally filed document)

☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)

☐ Attorney of record barred from practicing in the Central District

☐ Debtor with multiple cases pending that have not been dismissed:
   **Case No:** ___        **Chapter** ___
   **Case No:** ___        **Chapter** ___
   **Case No:** ___        **Chapter** ___

☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
   **Prior Case No.** ___        **Chapter** _        **Date of Filing:** _

☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
   **Prior Case No.** ___        **Chapter** _        **Date of Filing:** _
   District and division, if other than CAC _

☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)

☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition

☑ Other: __Deficient documents from Order to Comply and Case Commencement Deficiency Notice.

### *Please indicate your instructions and forward to your Courtroom Services team.*

☐ Process using routine procedures (no special action required)

☐ Prepare an Order to Show Cause re: Dismissal

☐ Dismiss with 180 day restriction

☒ Dismiss without 180 day restriction

☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]

☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case

☐ Other: _

**BY THE ORDER OF THE COURT:** *Ellen Carroll*

Dated: ___   3/2/11
Revised 11/09
UC

_____
**Honorable Ellen Carroll**

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: agonzalez        Page 1 of 1        Date Rcvd: Feb 09, 2011
Case: 11-15438             Form ID: ccdn           Total Noticed: 2

The following entities were noticed by first class mail on Feb 11, 2011.
db           +Edward Perez,   11308 Iris Lane,   El Monte, CA 91731-2752
jdb          +Norma Perez,    11308 Iris Lane,   El Monte, CA 91731-2752

The following entities were noticed by electronic transmission.
NONE.                                                                       TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2011                       Signature:  _Joseph Speetjens_

## United States Bankruptcy Court
## Central District Of California

| | |
|---|---|
| In re.<br>Edward Perez<br>Norma Perez | CHAPTER NO.: 7 |
| | CASE NO. 2:11-bk-15438-EC |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
## AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B
Schedule C
Schedule D
Schedule E
Schedule A
Schedule F
Statement – Form 22A
Schedule G
Schedule H
Schedule I
Schedule J
Stmt. of Fin. Affairs**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1)    File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005-2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**                    **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: February 8, 2011                              **By: Andrea Gonzalez**
                                                                    **Deputy Clerk**

deforco – Revised 12/2010                                                                                    1 /

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: agonzalez          Page 1 of 1          Date Rcvd: Feb 09, 2011
Case: 11-15438               Form ID: deforco          Total Noticed: 2

The following entities were noticed by first class mail on Feb 11, 2011.
db          +Edward Perez,   11308 Iris Lane,   El Monte, CA 91731-2752
jdb         +Norma Perez,   11308 Iris Lane,   El Monte, CA 91731-2752

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2011                    Signature:    _Joseph Speetjens_

**2:11-bk-15438-EC** Edward Perez and Norma Perez
Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Ellen Carroll
**Date filed:** 02/08/2011 **Date of last filing:** 02/15/2011

# Deadlines/Hearings

| Doc. No. | Deadline/Hearing | Event Filed | Due/Set | Satisfied | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 1 | ❏ **Db Cert of Empl Income** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Declaration Re Sched** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Declaration of Attorney** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Notice Avail Chapters** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule A** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule B** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule C** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule D** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule E** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule F** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule G** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule H** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule I** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Schedule J** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Statement - Form 22A** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Statistical Summary** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Stmt. of Fin. Affairs** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Stmt. of Related Case** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Summary of Schedules** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Verif. of cred. matrix** | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ Incomplete Filings Due | 02/08/2011 | 02/22/2011 | | | |
| 1 | ❏ **Statement of Intent** | 02/08/2011 | 03/10/2011 | | | |
| 6 | ❏ 341 Meeting | 02/08/2011 | 03/22/2011 at 09:00 AM | | | |
| 6 | ❏ Objection to Discharge Due | 02/08/2011 | 05/23/2011 | | | |

**Incomplete**

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:11-bk-15438-EC
### Internal Use Only

*Date filed:* 02/08/2011

*Assigned to:* Ellen Carroll
Chapter 7
Voluntary
No asset

*Debtor*
**Edward Perez**
11308 Iris Lane
El Monte, CA 91731
SSN / ITIN: 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

represented by **Daniel N Greenbaum**
Law Office of John M
Ribarich
15223 Burbank Blvd
Sherman Oaks, CA 91411
877-306-6343
Fax : 818-914-0905
Email:
dgreenbaum@ribarichlaw.com

*Joint Debtor*
**Norma Perez**
11308 Iris Lane
El Monte, CA 91731
SSN / ITIN: 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

represented by **Daniel N Greenbaum**
(See above for address)

*Trustee*
**Brad D Krasnoff (TR)**
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
(213) 250-1800

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| | | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Edward Perez, Norma Perez Statement of Intent due 03/10/2011. Schedule A due 02/22/2011. Schedule B due 02/22/2011. Schedule C due 02/22/2011. Schedule D due 02/22/2011. |

| 02/08/2011 | 🔵1 | Schedule E due 02/22/2011. Schedule F due 02/22/2011. Schedule G due 02/22/2011. Schedule H due 02/22/2011. Schedule I due 02/22/2011. Schedule J due 02/22/2011. Statement of Financial Affairs due 02/22/2011. Statement - Form 22A Due: 02/22/2011.Statement of Related Case due 02/22/2011. Notice of available chapters due 02/22/2011. Verification of creditor matrix due 02/22/2011. Summary of schedules due 02/22/2011. Declaration concerning debtors schedules due 02/22/2011. Statistical Summary due 02/22/2011. Debtor Certification of Employment Income due by 02/22/2011. Incomplete Filings due by 02/22/2011. (Greenbaum, Daniel) CORRECTION: Also deficient for Declaration of Attorney due 2/22/2011. Modified on 2/9/2011 (Gonzalez, Andrea). (Entered: 02/08/2011) |
| --- | --- | --- |
| 02/08/2011 | 🔵2 | Declaration Re: Electronic Filing Filed by Debtor Edward Perez, Joint Debtor Norma Perez. (Greenbaum, Daniel) (Entered: 02/08/2011) |
| 02/08/2011 | 🔵3 | Certificate of Credit Counseling Filed by Debtor Edward Perez. (Greenbaum, Daniel) (Entered: 02/08/2011) |
| 02/08/2011 | 🔵4 | Certificate of Credit Counseling Filed by Joint Debtor Norma Perez. (Greenbaum, Daniel) (Entered: 02/08/2011) |
| 02/08/2011 | 🔵5 | Statement of Social Security Number(s) Form B21 Filed by Debtor Edward Perez, Joint Debtor Norma Perez. (Greenbaum, Daniel) (Entered: 02/08/2011) |
| 02/08/2011 | 🔵6 | Meeting of Creditors with 341(a) meeting to be held on 03/22/2011 at 09:00 AM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Objections for Discharge due by 05/23/2011. (Greenbaum, Daniel) (Entered: 02/08/2011) |
| 02/08/2011 | | Receipt of Voluntary Petition (Chapter 7)(2:11-bk-15438) [misc,volp7] ( 299.00) Filing Fee. Receipt number 18712669. Fee amount 299.00. (U.S. Treasury) (Entered: 02/08/2011) |
| 02/09/2011 | 🔵7 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Gonzalez, Andrea) (Entered: 02/09/2011) |
| 02/11/2011 | 🔵8 | BNC Certificate of Notice (RE: related document(s) 6 Meeting (Chapter 7)) No. of Notices: 8. Service Date 02/11/2011. (Admin.) (Entered: 02/11/2011) |
| | | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 7) filed by Debtor Edward Perez, Joint Debtor |

| 02/11/2011 | ◑9 | Norma Perez) No. of Notices: 2. Service Date 02/11/2011. (Admin.) (Entered: 02/11/2011) |
|---|---|---|
| 02/11/2011 | ◑10 | BNC Certificate of Notice (RE: related document(s) 1 Voluntary Petition (Chapter 7) filed by Debtor Edward Perez, Joint Debtor Norma Perez) No. of Notices: 2. Service Date 02/11/2011. (Admin.) (Entered: 02/11/2011) |
| 02/11/2011 | ◑11 | BNC Certificate of Notice (RE: related document(s) 7 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 2. Service Date 02/11/2011. (Admin.) (Entered: 02/11/2011) |
| 02/15/2011 | ◑12 | Request for special notice Filed by Creditor Litton Loan Servicing LP. (Lozano, Joe) (Entered: 02/15/2011) |
| 03/01/2011 | | Case Initiation Action Notice sent to chambers re Deficient documents from Order to Comply and Case Commencement Deficiency Notice. (Collins, Kim S.) (Entered: 03/01/2011) |